IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and CYNTHIA LIPSCOMBE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 24, 2007.**

Plaintiff's Unopposed Motion to Vacate Settlement Conference [Filed September 21, 2007; Docket #19] is **granted**. The Settlement Conference scheduled for October 1, 2007, is **vacated**. Counsel for Plaintiff is directed to contact Chambers at (303) 844-4507 within five business days to obtain alternative dates for the Conference.