IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and CYNTHIA LIPSCOMBE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2008.**

    For good cause shown, and based on the entire record herein, Defendant State Farm's Motion for Protective Order re: Certain Discovery [Filed February 12, 2008; Docket #52] is **granted**. The Court finds the Proposed Protective Order consistent with those generally favored in this District and will enter it on the record.