IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and CYNTHIA LIPSCOMBE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 20, 2008.**

    State Farm's Motion for Enlargement of the Discovery Completion Deadline and Request for Status Conference [Filed February 15, 2008; Docket #60] and Plaintiff's second amended Motion to enlarge Time to Complete Discovery and to Temporarily Stay Discovery in this Matter pending the Court's *In Camera* Review of Documents and Additional Court Rulings [Filed February 20, 2008; Docket #69] are **granted in part** and **denied in part** as stated on the record.