IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,
v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and CYNTHIA LIPSCOMBE,

    Defendants.
_____

# ORDER
_____

Plaintiff filed a Motion to Compel (dock. #38), which was granted in part and denied in part (dock. #50). In doing so, the Court directed Defendant State Farm to submit certain documents subject to the work product doctrine for *in camera* review. Defendant's Notice of Submission (dock. #51) sets forth the documents that were withheld on this basis and as corrected at the Status Conference held February 20, 2008. The Court has reviewed the documents therein and has determined that the majority of the documents were properly withheld and that Plaintiff has not established a substantial need for these documents.

As to the Injury Evaluation Report ("IER"), the Court finds, consistent with the case law cited in its previous Order (dock. #50 at 3-4), that Plaintiff has established a substantial need for the report. Whether the IER can sufficiently support a claim for bad faith is a decision for the District Judge to consider and, potentially, the trier of fact. Accordingly, Defendant State Farm shall produce to Plaintiff the documents Bates numbered BUIM 01000-6, the IER, on or before **February 25, 2008**.

Defendant may retrieve the documents submitted for *in camera* review on or before **February**

**29, 2008**.

Dated at Denver, Colorado, this 22nd day of February, 2008.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge