IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and CYNTHIA LIPSCOMBE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 6, 2008.**

    Plaintiff's Motion for Clarification re: Court's Minute Order [Filed May 5, 2008; Docket #98] is **granted**. At the end of the status conference held February 20, 2008, the Court clarified that Plaintiff could depose two claims adjusters, and each of their supervisors for a total of four depositions, each deposition not to exceed four hours.

    The Minutes of the conference are, therefore, amended to correct this mistake.