IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and
CYNTHIA LIPSCOMBE,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 7, 2008.**

      Plaintiff's Unopposed Motion to Re-Open Discovery for Only Three Depositions [filed October 3, 2008; docket #138] is **stricken** for failure to comply with D.C. Colo. LCivR 6.1D.