IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and CYNTHIA LIPSCOMBE,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 10, 2008.**

    Plaintiff's Amended Unopposed Motion to Re-Open Discovery for Only Three Depositions [filed October 8, 2008; docket #141] is **granted in part and denied in part**. Discovery is re-opened in this matter up to and including **December 15, 2008**, for the limited purpose of deposing Dr. Brackett, Dr. Sabin, and Plaintiff's previous counsel Mr. Bendinelli.