IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00385-WYD-MEH

CHARLOTTE BISHELLI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; and
CYNTHIA LIPSCOMBE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the parties' Stipulation for Dismissal with Prejudice [doc. #148, filed February 19, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own attorney's fees and costs.

Dated: February 19, 2009

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge